## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Securities and Exchange Commission,  :

                    Plaintiff,  :  Case No. C2-01-290

                    v  :  Judge Sargus

Steve Thorn, et al.  :  Magistrate Judge Abel

                    Defendants,  :

and  :

                                  :

Roger Weizenegger, et al.

                                  :

                  Relief Defendants.

### ORDER GRANTING MOTION OF RECEIVER, MICHAEL O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera,* for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

    1. Crabbe, Brown & James L.L.P. as attorneys for Receiver O'Grady;
        $351.20    Attorney Fees and Expenses (September 2007)

    2. Receiver Michael P. O'Grady
        $7,275.00    Receiver Fees    (September 2007)
        $926.00    Paralegal Fees    (September 2007)

Date: 10-26-2007

                                                        JUDGE SARGUS

259753