**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Securities and Exchange Commission, | : | |
| Plaintiff, | : | Case No. C2-01-290 |
| vs. | : | Judge Sargus |
| Steve Thorn, et al., | : | Magistrate Judge Abel |
| Defendants, and | : | |
| Roger Weizenegger, et al., | : | |
| Relief Defendants. | : | |

RECEIVED JUN 16 2008 By_____

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera*, for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

1. Crabbe, Brown & James L.L.P. as Attorneys for Receiver O'Grady:

    $ 3,115.84        Attorney Fees and Expenses (April 2008)

2. Receiver Michael P. O'Grady:

    $ 5,070.00     Receiver Fees        (April 2008)
    $ 4,638.20     Paralegal Fees       (April 2008)
    $ 6,680.00     Accountant Fees      (April 2008)

Date:                                                6-16-2008
                                            JUDGE SARGUS

260391-10817-29401