# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Securities and Exchange Commission, :

                  Plaintiff,   :    Case No. C2-01-290

                  vs.           :    Judge Sargus

Steve Thorn, et al.,             :    Magistrate Judge Abel

                  Defendants, :

and                               :

                                 :

Roger Weizenegger, et al.,

                                 :

                  Relief Defendants.

RECEIVED JUN 26 2008 By_____

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera*, for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

    1. Crabbe, Brown & James L.L.P. as Attorneys for Receiver O'Grady:

        $     877.29     Attorney Fees and Expenses (May 2008)

    2. Receiver Michael P. O'Grady:

| | | | |
|---|---|---|---|
| $ | 5,160.00 | Receiver Fees | (May 2008) |
| $ | 1,507.94 | Paralegal Fees | (May 2008) |
| $ | 300.00 | Accountant Fees | (May 2008) |

Date:                                      6-26-2008
                                              JUDGE SARGUS

260391-10817-29401