IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
Plaintiff,

v.

STEVEN E. THORN, et al.,
Defendants.

Case No. 2:01-CV-290
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

### ORDER

This matter is before the Court on the Motion to Intervene of Charlie Roscoe and First Choice Rehab ("Roscoe"), filed November 28, 2008. (Doc. 964). On December 1, 2008, the Court Ordered that if any party objected to the Court treating Roscoe's motion as one for attachment of proceeds, they must file their opposition by December 21, 2008.

Plaintiff, the Securities and Exchange Commission, has opposed the motion to intervene or for attachment on several grounds, primarily because the individuals against whom Roscoe has secured a judgment have not filed claims with the Receivership. Accordingly, there will be no distribution subject to attachment, and Roscoe's Motion to Intervene is DENIED as MOOT.

**IT IS SO ORDERED.**

1-8-2009
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE