**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Securities and Exchange Commission, :

                Plaintiff,   :    Case No. C2-01-290

                vs.         :    Judge Sargus

Steve Thorn, et al.,           :    Magistrate Judge Abel

              Defendants, :
and                         :

                                :

Roger Weizenegger, et al.,
                                :

            Relief Defendants.

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera*, for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

    1. Crabbe, Brown & James L.L.P. as Attorneys for Receiver O'Grady:

        $    670.34   Attorney Fees and Expenses (October and November 2008)
        $  1,783.20   Attorney Fees and Expenses (December 2008)

    2. Receiver Michael P. O'Grady:

| $ | Amount | Category | Period |
|---|---|---|---|
| $ | 8,610.00 | Receiver Fees | (October, November, and December 2008) |
| $ | 712.91 | Paralegal Fees | (October and November 2008) |
| $ | 1,326.40 | Paralegal Fees | (December 2008) |
| $ | 560.00 | Accountant Fees | (October 2008) |
| $ | 1,955.00 | Accountant Fees | (November and December 2008) |

Date: 1/22/2009

JUDGE SARGUS

260391-10817-29401