**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MAR 3 1 2009

| | | |
|---|---|---|
| Securities and Exchange Commission, | : | |
| Plaintiff, | : | Case No. C2-01-290 |
| vs. | : | Judge Sargus |
| Steve Thorn, et al., | : | Magistrate Judge Abel |
| Defendants, | : | |
| and | : | |
| | : | |
| Roger Weizenegger, et al., | : | |
| | : | |
| Relief Defendants. | : | |

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera*, for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

1. Crabbe, Brown & James L.L.P. as Attorneys for Receiver O'Grady:

   $ 1,094.64 Attorney Fees and Expenses (January, 2009)
   $ 450.00 Attorney Fees and Expenses (February, 2009)

2. Receiver Michael P. O'Grady:

| | | | |
|---|---|---|---|
| $ | 5,040.00 | Receiver Fees | (January and February, 2009) |
| $ | 748.08 | Paralegal Fees | (January, 2009) |
| $ | 581.10 | Paralegal Fees | (February, 2009) |
| $ | 825.00 | Accountant Fees | (January, 2009) |

Date: 3-31-2009

_____
JUDGE SARGUS