IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff,

v.

STEVEN E. THORN, et al.,
    Relief Defendants.

Case No. 2:01-cv-290

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ORDER

This matter came before the Court for consideration of Motions to Intervene filed by Garrett White (Document 971) and Gregory Lewis (Document 972). A hearing was held on the merits of the Motions to Intervene on May 28, 2009.

For the reasons described in open court, Garrett White's Motion to Intervene (Document 971) is hereby **DENIED**.

The Court **ORDERS** that the Receiver in this matter, Mike O'Grady, shall as soon as practicable obtain and share with Mr. Lewis relevant bank records to facilitate the tracing of funds provided by Mr. Lewis to Darrell Moore, and thereafter allegedly transferred from Mr. Moore to Steven Thorn. The Court further **ORDERS** that within thirty (30) days after receiving such records, Mr. Lewis and Mr. O'Grady shall inform the Court whether they have reached an agreement to settle Mr. Lewis' claim. If Mr. O'Grady and Mr. Lewis have not reached an agreement at that time, Mr. Lewis' Motion to Intervene (Document 972) will be set for further hearing.

**IT IS SO ORDERED.**

5-28-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE