UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Securities and Exchange Commission, :

                Plaintiff,   :    Case No. C2-01-290

                vs.        :    Judge Sargus

Steve Thorn, et al.,           :    Magistrate Judge Abel

                Defendants, :
and

Roger Weizenegger, et al.,

              Relief Defendants.

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera*, for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

    1. Crabbe, Brown & James L.L.P. as Attorneys for Receiver O'Grady:

        $    598.40 Attorney Fees and Expenses (March, 2009)

    2. Receiver Michael P. O'Grady:

| | | | |
|---|---|---|---|
| $ | 3,630.00 | Receiver Fees | (March, 2009) |
| $ | 532.40 | Paralegal Fees | (March, 2009) |
| $ | 1,200.00 | Accountant Fees | (March and April, 2009) |

Date: 5/28/2009

JUDGE SARGUS

260391-10817-29401