# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Securities and Exchange Commission,  :

                 Plaintiff,      :      Case No.  C2-01-290

                 vs.           :      Judge Sargus

Steve Thorn, et al.,             :      Magistrate Judge Abel

             Defendants,  :

and                        :

                         :

Roger Weizenegger, et al.,

                         :

         Relief Defendants.

RECEIVED JUL 0 9 2009 By

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera*, for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

       1. Crabbe, Brown & James L.L.P. as Attorneys for Receiver O'Grady:

         $   4,140.00   Attorney Fees and Expenses (May, 2009)

       2. Receiver Michael P. O'Grady:

| | | | |
|---|---|---|---|
| $ | 3,930.00 | Receiver Fees | (May, 2009) |
| $ | 399.00 | Paralegal Fees | (May, 2009) |
| $ | 450.00 | Accountant Fees | (May, 2009) |

Date: _____       X_____ 7-9-2009
                              JUDGE SARGUS

260391-10817-29401