IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN E. THORN, et al.,

    Defendants.

CASE NO. C2-01-290
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

The Receiver has filed a Final Report.

Any objections to the Final Report of Receiver (Doc. 1003) must be filed on or before November 30, 2009, or the Court will direct the Receiver to disburse funds in accordance with the Final Report.

**IT IS SO ORDERED.**

10-27-2009
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE