UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    v.

**STEVE THORN**, et al.

    Defendants,

and

**ROGER WEIZENEGGER**, et al.

    Relief Defendants.

Case No. C2-01-290

Judge Sargus

Magistrate Judge Abel

## ORDER GRANTING MOTION OF RECEIVER, MICHAEL P. O'GRADY, FOR APPROVAL OF EXPENSES AND ATTORNEY FEES

Upon Motion of Receiver O'Grady, the Court hereby approves the interim invoices of Receiver O'Grady, and the interim invoices of counsel to Receiver O'Grady, the law firm of Crabbe, Brown & James, and other professional services, presented to the Court *in camera,* for Receiver fees and expenses, and for attorney fees and expenses, in the following amounts:

1. Crabbe, Brown & James as Attorneys for Receiver O'Grady:
   $ 51.73   Attorney Fees and Expenses (August, 2009)

2. Receiver Michael P. O'Grady:
   $ 3,225.00   Receiver Fees      (August, 2009)
   $ 348.60     Paralegal Fees     (August, 2009)
   $ 4,880.00   Accountant Fees    (August, 2009)

Date: 11/3/2009

Judge Edmund Sargus