IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

STEVEN E. THORN, et al.,

    Defendants.

Case No. 2:01-cv-290
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

### ORDER

In light of the Court's Orders dated April 28, 2008 (Doc. 928) and July 10, 2008 (Doc. 947), the Court hereby **DENIES** as moot the motion filed by Frederick D. Harris on April 23, 2007 (Doc. 876).

**IT IS SO ORDERED.**

3-19-2010
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**